UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE MAHONEY,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MAGGIE MILLER STOUT, RAY BERGEROOS, JOHN SMITH and INDA HERTZ,<br><br>　　　　　　　　　Defendants. | NO.  CV-12-032-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

Magistrate Judge Imbrogno filed a Report and Recommendation on March 22, 2012, recommending Mr. Mahoney's complaint be dismissed without prejudice pursuant to his Motion to Voluntarily Dismiss Complaint.   There being no objections, the Court **ADOPTS** the Report and Recommendation. ECF No. 12.  **IT IS ORDERED** Plaintiff's Motion, ECF No. 11, is **GRANTED** and the complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this __10th__ day of April, 2012.

　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1