AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

STEVE MAHONEY,

        Plaintiff,

v.

MAGGIE MILLER STOUT, RAY BERGEROOS, JOHN SMITH and INDA HERTZ,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-032-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the complaint is DISMISSED WITHOUT PREJUDICE.

April 10, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia